UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN ORTEGA MORALES, III,

Petitioner,

v.

M. McVAY, et al.,

Respondents.

No. 2:24-cv-1647 TLN CSK

ORDER

Petitioner requested an extension of time to file objections to the findings and recommendations filed July 20, 2026. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time to file objections to the findings and recommendations filed July 20, 2026 (ECF No. 25) is granted.

2. Petitioner's objections filed August 28, 2026 are deemed timely filed.

Dated: September 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Mor1647.eot/2